# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HHCS PHARMACY, INC.**, a Florida
corporation d/b/a Freedom Pharmacy,

                Plaintiff,

-vs-                                                  Case No. 6:09-cv-1058-Orl-31GJK

**FREEDOM PHARMACY, LLC**, a Florida
limited liability company, **FREEDOM
MEDICAL SERVICES, INC.**, a Florida
corporation, and **FREEDOM MEDICAL
SUPPLY, INC.**, a Florida corporation,

                Defendants.
_____

**FREEDOM PHARMACY, LLC**, a Florida
limited liability company, **FREEDOM
MEDICAL SERVICES, INC.**, a Florida
corporation, and **FREEDOM MEDICAL
SUPPLY, INC.**, a Florida corporation,

                Third Party Plaintiffs

vs.

**FREEDOM PHARMACY & WELLNESS
CENTER, VARIOUS JOHN DOES,
VARIOUS JANE DOES, ABC
COMPANIES,**

                Third Party Defendants.
_____

**FREEDOM PHARMACY, LLC,
FREEDOM MEDICAL SERVICES, INC.,
and FREEDOM MEDICAL SUPPLY, INC.,**

                Counter Claimant,

vs.

**HHCS PHARMACY, INC.,**

**Counter Defendant.**
_____/

# ORDER

This matter comes before the Court on the Plaintiff's Motion for Remand (Doc. 6) and the Defendants' response (Doc. 20). After reviewing the response, the Court finds that it is meritless, and the motion is due to be granted. Plaintiff's claims are based solely on state law, and the Defendants' arguments that the case necessarily implicates their federal trademark rights are unconvincing and, ultimately, pointless, as such a defense would not give rise to federal question jurisdiction. Accordingly, it is hereby

**ORDERED** that the Motion for Remand (Doc. 6) is **GRANTED**. This matter is **REMANDED** to the Complex Business Litigation Division of the Circuit Court of the Ninth Judicial Circuit for Orange County, Florida. The Defendants, pursuant to 28 U.S.C. § 1447(c), shall pay $500 to the Plaintiff as the costs and attorney's fees it incurred as a result of this removal. The Clerk is directed to enter judgment in favor of Plaintiff and against the Defendants, jointly and severally, and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 11, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party